No. 5806.—PUEBLO, apldo. *v.* RODRÍGUEZ, aplte.—C. D. San Juan. Junio 10, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

POR CUANTO, en 26 de febrero de 1935 apeló el acusado de la sentencia dictada en el presente caso, sin que fuese notificado el Fiscal, por cuyo motivo se pide la desestimación del recurso;

POR CUANTO, aun no ha expirado el tiempo fijado por la ley para que pueda apelarse de la sentencia dictada y el acusado alega que ha enviado una nueva apelación a la Corte de Distrito, con copia notificando al Fiscal;

POR TANTO, se desestima el recurso interpuesto en 26 de febrero de 1935, por no haber sido debidamente notificado el ministerio público, sin perjuicio alguno para el nuevo recurso que se dice entablado dentro del tiempo que la ley prescribe y con el requisito de haberse notificado al Fiscal.

Los siguientes casos fueron desestimados por el fundamento expresado:

Nos. 5683, 5704, 5713, 5714, 5715, 5717, 5727, 5728, 5731, 5735, 5742, 5745, 5746, 5747, 5759, 5793, 5794, 5795, 5804, 5805, 5807, 5808, 5809, 5810, 5811, 5813, 5814, 5815, 5828, 5829, 5830, 5831, 5832, 5833, 5834, 5847.

(*e*) FALTA DE JURISDICCIÓN.

En general. *Véase* B (*a*), Casos Nos. 5676, 5677, 5678, 5705 y 5706.